UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA A. MONTERO COLINA,

                Plaintiff,

       v.

SAMUND SINGH and ORBIT MOTOR CARRIERS, INC.,

                Defendants.

No. 24-CV-8444 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The Court hereby grants Plaintiff's application for a thirty-day extension of the fact-discovery deadline. As agreed at today's conference, the parties shall confer to discuss their remaining discovery dispute and, if they are unable to reach resolution, shall submit a joint letter to this Court no later than July 7, 2025, outlining the nature of their remaining disputes and setting forth each party's position and requested relief.

It is further ordered that counsel for all parties appear for a post-discovery conference on September 19, 2025 at 11:15 a.m. Unless the parties request otherwise, the conference will take place telephonically. Call-in Number: (855) 244-8681; Meeting ID: 2305 5424 735. This conference line is open to the public. No later than September 12, 2025, the parties shall submit a joint letter updating the Court as to the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:    June 6, 2025
             New York, New York

                                              Hon. Ronnie Abrams
                                              United States District Judge