UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA A. COLINA MONTERO,

Plaintiff,

v.

SINGH SAMUND and ORBIT MOTOR
CARRIERS, INC.,

Defendants.

24-CV-8444 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

At the December 19, 2025 conference, the parties agreed upon the following briefing schedule

for Defendants' summary judgment motion, which the Court adopts:

- Defendants' summary judgment motion is due on February 6, 2026.
- Plaintiff's opposition is due on March 23, 2026.
- Defendants' reply is due on April 6, 2026.

SO ORDERED.

Dated:    December 22, 2025
          New York, New York

                                    Hon. Ronnie Abrams
                                    United States District Judge