

March 31, 2026

**Douglas M. Connors**
203.388.2442 (direct)
Douglas.Connors@wilsonelser.com

**VIA ECF**
The Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:    Colina v. Singh, et al., Civil Action No.: 1:24-cv-08444 (RA)**
**Letter Motion**

Dear Judge Abrams:

Counsel for Defendants Samund Singh and Orbit Motor Carriers, Inc., in the above-referenced action, hereby submits this Letter Motion to preclude and/or otherwise strike the Affirmation of James Pugh, PhD, P.E. dated March 19, 2026, and included as Exhibit 2 of Plaintiff's Objection to the Defendants' Motion for Summary Judgment.

By way of the Initial Case Management Order dated December 16, 2024, the parties were to complete expert discovery by September 10, 2025. Thereafter, on September 15, 2025, the parties jointly moved this court for an additional 45 days to complete expert discovery, which was granted by the Court on September 15, 2025. Therefore, expert discovery was to be completed by October 27, 2025.

The Defendants served notice of their experts on August 21, 2025, and September 29, 2025.

By way of the parties' Joint Status Report dated, October 27, 2025, the Plaintiff requested an additional 45 days to disclose experts. It does not appear that the Court granted the request, however, the Defendants did not express an objection. As such, the plaintiff's expert disclosures were due on/or before December 11, 2025.

The Plaintiff served notice of her accident reconstruction expert on November 13, 2025. Along with the notice, was a report from Plaintiff's expert dated November 11, 2025, which is also annexed as an Exhibit to the Plaintiff's Objection to the Defendants' Motion for Summary Judgment.

1010 Washington Boulevard | Stamford, CT 06901 | p 203.388.9100 | f 203.388.9101 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Long Island, NY
Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA | Merrillville, IN
Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR | Raleigh, NC
San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY

332831353v.1

There have been no further requests by either party to extend expert discovery deadlines, thereby establishing the deadline to complete all expert discovery by December 11, 2025.

On December 16, 2025, the Parties filed a Joint Status Report advising the Court that expert reports had been exchanged and that mediation was unsuccessful. Neither party requested additional time to complete further expert discovery.

On December 19, 2025, a telephonic Status Conference was held wherein the parties discussed a briefing schedule for the now pending Summary Judgment Motion filed by the Defendants. Defendants' motion was to be filed by February 6, 2026, with Plaintiff's objection by March 23, 2026, and Defendants' reply by April 6, 2026. During this conference neither party indicated any further discovery was necessary.

Defendants filed their motion on February 3, 2026, and the Plaintiff filed her objection on March 23, 2026.

Included in Plaintiff's objection is an Affirmation of Dr. Pugh dated March 19, 2026, which contains opinions and conclusions not previously disclosed in his report of November 11, 2025, and the Plaintiff's Notice of expert Disclosure dated November 13, 2025.

The Affirmation is therefore untimely and fails to comply with the orders of this Court, and its inclusion and consideration is prejudicial to the defendants.

For the foregoing reasons, the Defendants respectfully request the Affirmation be stricken from the Plaintiff's Objection to the Motion for Summary Judgment and that the Plaintiff be precluded from offering any opinions or conclusions not disclosed in her November 13, 2025 Notice.

The Defendants further request the Court expedite its ruling on the forgoing request as the Defendants' reply brief is due on April 6, 2026, and a decision is required in order to adequately prepare their response to the Plaintiff's Objection. In the Alternative, the Defendants request the Court grant the Defendant an additional 10 days from its decision on this motion to file their reply brief.

Respectfully submitted,

*Douglas M. Connors*

Douglas M. Connors, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
Attorneys for the Defendants
1010 Washington Boulevard
Stamford, CT 06901
T: 203.388.2442
F: 203.388.9101
douglas.connors@wilsonelser.com

Plaintiff shall respond to Defendants' motion no later than April 8, 2026 in a letter not to exceed three pages. Defendants' request for a 10-day extension following the Court's decision on this Motion to file their Reply is granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
April 1, 2026