

April 20, 2026

**Douglas M. Connors**
203.388.2442 (direct)
Douglas.Connors@wilsonelser.com

**VIA ECF**
The Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

If Defendants seek to reply in support of their motion to strike Dr. Pugh's affirmation, they shall promptly do so, as per the Court's prior order.  If Defendants seek to reply to Plaintiff's Objection to Defendants' motion for summary judgment, they shall do so no later than 10 days after the Court's ruling on the motion to strike Dr. Pugh's affirmation.

SO ORDERED.

_____
Hon. Ronnie Abrams
Apr. 22, 2026

Re:    **Colina v. Singh, et al., Civil Action No.: 1:24-cv-08444 (RA)**
**Letter Motion**

Dear Judge Abrams:

Counsel for Defendants Samund Singh and Orbit Motor Carriers, Inc., in the above-referenced action, hereby submits this Letter Motion For Articulation of the Court's order dated April 15, 2026, as it pertains to the deadline for the Defendants to submit their reply brief to Plaintiff's Objection the Defendant's Motion for Summary Judgment. In the Alternative, the Defendants request the Court grant them 10 days from the date the Court issues its ruling on the letter motion to file their reply brief to Plainitff's Objection to Summary Judgment.

By way of background, the Defendants filed their Motion for Summary Judgment on February 3, 2026, to which the Plaintiff filed her Objection on March 23, 2026.   Included in Plaintiff's Objection was an Affirmation of Dr. Pugh dated March 19, 2026, which contained opinions and conclusions not previously disclosed in his report of November 11, 2025, and the Plaintiff's Notice of Expert Disclosure dated November 13, 2025.

Thereafter, on March 31, 2026, the Defendants filed a Letter Motion requesting the Affirmation be stricken from the Plaintiff's Objection to the Motion for Summary Judgment and that the Plaintiff be precluded from offering any opinions or conclusions not disclosed in her November 13, 2025, Notice. The Defendants further requested the Court expedite its ruling on the forgoing request as the Defendants' reply brief was due on April 6, 2026, and a decision was required in order to adequately prepare their response to the Plaintiff's Objection. In the Alternative, the Defendants requested the Court grant the Defendants an additional 10 days from its decision on the Motion to Strike and/or Preclude to file their reply brief, the latter of which was granted by the Court. The Court has yet to rule on the substance of the motion, i.e. whether to

1010 Washington Boulevard | Stamford, CT 06901 | p 203.388.9100 | f 203.388.9101 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Long Island, NY
Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA | Merrillville, IN
Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR | Raleigh, NC
San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY

334214914v.1

strike the March 19, 2026, Affirmation of Dr. Pugh, thereby the time in which the Defendants have to file their reply to the Plaintiff's objection to Summary Judgment brief has yet to commenced.

The Court had further ordered the Plaintiff to object and or otherwise reply to the Defendants' March 31, 2026, letter motion by April 8, 2026. The Plaintiff, having failed to object by that date, moved for an extension of time to object until April 13, 2026, by way of Letter Motion dated April 10, 2026. Contained within that motion was a request that the Defendant be allowed until April 21, 2026, to object to the Plaintiff's objection to the Summary Judgement, which the Court appears to have granted per its April 15, 2026, order.  However, said order is unclear as it states "replies are due April 21, 2026" but it does not state whether the replies referenced are with respect to the Defendants' reply to the Plaintiff's Objection to Summary Judgment, or with respect the Plaintiff's Objection to the March 31, 2026, Letter Motion to Strike and Preclude the untimely Affirmation.

Wherefore, the Defendants request the Court clarify its ruling as to the date upon which the reply to the Plaintiff's Objection to Summary Judgment is due, in light of the Courts' earlier ruling that the Defendants have 10 days from the date of the Court's decision on the Motion to Strike.

Alternatively, for the reasons originally stated in their Letter Motion, the Defendants request the Court grant them a 10-day extension of time to respond to the Plaintiff's Objection to Summary Judgment to commence from the date the Court issues its ruling on the Defendants' Motion to Strike so it may adequately prepare their response.

Respectfully submitted,

*Douglas M. Connors*

Douglas M. Connors, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
Attorneys for the Defendants
1010 Washington Boulevard
Stamford, CT 06901
T: 203.388.2442
F: 203.388.9101
douglas.connors@wilsonelser.com