UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA A. MONTERO COLINA,

          Plaintiff,

      v.

SAMUND SINGH and ORBIT MOTOR
CARRIERS INC.,

          Defendants.

No.  24-CV-8444 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

Before the Court is Defendants' motion to "preclude and/or otherwise strike" the supplemental affirmation of Plaintiff's expert, Dr. James Pugh, filed in support of Plaintiff's Opposition to Defendants' pending motion for summary judgment.  *See* Dkt. Nos. 34-2 (Supp. Aff.), 37 (Defs.' Mot. to Strike).  For reasons that will follow, the motion is granted and the supplemental affirmation is stricken.  Dr. Pugh is precluded from offering any expert testimony not contained in his initial report, dated November 11, 2025.

Consistent with the Court's April 15, 2026 Order, Defendants shall submit their reply brief in support of their motion for summary judgment no latter than 10 days from the date of this order.  Oral argument on Defendants' motion for summary judgment will be held on July 8, 2026 at 3:00 p.m. in the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007. The Clerk of Court is respectfully directed to terminate the motions pending at docket numbers 33, 37, and 45.

SO ORDERED.

Dated:     June 18, 2026
          New York, New York

                                 Ronnie Abrams
                                 United States District Judge