UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA A. COLINA MONTERO,

Plaintiff,

v.

SINGH SAMUND and ORBIT MOTOR CARRIERS, INC.,

Defendants.

24-CV-8444 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at today's oral argument, Defendants' motion for summary judgment is denied. The Clerk of Court is respectfully ordered to close the motion pending at Docket Number 32. No later than July 13, 2026, the parties shall submit a joint letter. In the letter, the parties shall include the following information:

1. Their availability for a trial beginning either November 16, 2026 or December 14th, 2026. The Court recognizes that it previously inquired about November 23, 2026, but that is Thanksgiving week.

2. Whether they seek assistance from the Court in settlement discussions, including referral to Magistrate Judge Parker for settlement discussions or to the Court-annexed mediation program.

3. Whether any limited reopening of discovery is necessary to resolve the speed limit issue discussed at today's oral argument.

SO ORDERED.

Dated: July 8, 2026
New York, New York

Hon. Ronnie Abrams
United States District Judge