UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA A. COLINA MONTERO,

Plaintiff,

v.

SINGH SAMUND and ORBIT MOTOR CARRIERS INC.,

Defendants.

24-CV-8444 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the parties' agreement on a trial date, the Court adopts the following schedule for pre-trial proceedings and trial in this matter:

1. The parties shall file the Joint-Pretrial Order, proposed jury instructions, proposed voir dire, proposed verdict sheet, any motions in limine, and other documents required by the Court's Individual Rules by November 10, 2026.
2. Any opposition to motions in limine shall be filed by November 17, 2026.
3. The final pre-trial conference will take place at 3:00 p.m. on November 24, 2026 at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.
4. Trial will begin at 10:00 a.m. on December 14, 2026, at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.

Per the Court's prior order, by September 14, 2026, the parties shall file a letter confirming that discovery is complete and advising the Court as to whether they seek referral for settlement discussions. Dkt. No. 50. The parties are reminded that, per that same order, they are required to engage in at least one hour of settlement discussions prior to November 10, 2026. *Id.*

SO ORDERED.

Dated: July 20, 2026
New York, New York

Ronnie Abrams
United States District Judge