UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA A. COLINA MONTER,

Plaintiff,

v.

SINGH SAMUND and ORBIT MOTOR CARRIERS INC.,

Defendants.

24-CV-8444 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The parties are hereby directed to appear for a conference on November 18, 2026, at 3:30 p.m., to discuss matters relating to the impending trial. If the parties seek to have the conference conducted remotely, they shall submit an application to that effect.

SO ORDERED.

Dated: November 16, 2026
New York, New York

Ronnie Abrams
United States District Judge