UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA A. COLINA MONTER, Plaintiff, v. SINGH SAMUND and ORBIT MOTOR CARRIERS INC., Defendants. | 24-CV-8444 (RA) ORDER |

RONNIE ABRAMS, United States District Judge:

The conference previously scheduled to take place in person on November 18, 2026, at 3:30 p.m., will now be held on video via Microsoft Teams. Members of the public may call into the conference at the following audio-only line: (646) 453-4442; Phone Conference ID: 970 828 373#. A video link will be provided to the parties prior to the conference.

SO ORDERED.

Dated: November 17, 2026
New York, New York

Ronnie Abrams
United States District Judge