UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA A. MONTERO COLINA,

Plaintiff,

v.

SAMUND SINGH and ORBIT MOTOR CARRIERS, INC.,

Defendants.

24-CV-8444 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at the conference, the parties shall be prepared to try this case on January 12, 2027. A final pretrial conference is scheduled for January 7, 2027, at 3:00 p.m.

SO ORDERED.

Dated: November 20, 2026
New York, New York

Ronnie Abrams
United States District Judge